**Fill in this information to identify the case:**

Debtor 1: MARY ADELINE KEOHANE

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Georgia (State)

Case number: 16-12032-WHD

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust N.A., as Trustee of Bungalow Series F Trust

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 5 2 5 7

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ____/____/____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | 9/30/2019 | (8) | $ 1,145.57 |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 1

Debtor 1 __MARY ADELINE KEOHANE__        Case number (if known) __16-12032-WHD__
        First Name    Middle Name    Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X _[signature]_                                    Date  10 / 08 / 2019
  Signature

Print:   Raymond            Valderrama           Title  Assistant Vice President
         First Name    Middle Name    Last Name

Company  BSI Financial Services

Address  7505 Irvine Center Drive, Suite 200
         Number    Street
         Irvine                    CA       92618
         City                      State    ZIP Code

Contact phone  (866) 581 - 4513                    Email _____

Official Form 410S2        Notice of Postpetition Mortgage Fees, Expenses, and Charges        page 2

**DISPLAY/HISTORY**                                603        10/04/2019 4:12:28 PM ET       PFSP555

ACCT [          ]     Screen [     ]    Display ESC    Order R    Date 10/04/19
Print? N    Balances? N    Loan Type 1    Sub Type 0    State Cd 11
Name KEOHANE         Investor      04656    Warning Cd 0    Lockout Cd 0    Stop Cds 000

| **Dates** | | **Balances** | | **End of Year and Misc Info** | |
|---|---|---|---|---|---|
| Paid To Date | 06/01/18 | Principal Balance | 720.35 | YTD Interest | 226.37 |
| Next Due Date | 07/01/18 | Escrow Balance | -3129.21 | Taxes | 1145.57 |
| Last Payment Date | 09/07/19 | Unap/Cd | 708.41/ * | Loss Draft Record | N |
| Audit Date | 06/06/17 | | | BKR Status | BKR |

**Uncollected Balances**

| Uncoll Late Charge | -392.20 | Uncoll Optional Products | 0.00 | INT | 0.00 |
|---|---|---|---|---|---|
| FEES | -985.00 | P&I Adv | 0.00 | Uncoll Escrow Shortage | 0.00 |

| Date | Tran | PdtoDt | Tran Amt | Principal | Interest | Escrow |
|---|---|---|---|---|---|---|
| 093019 | M90 | 050118 | -1145.57 | PAYEE = 0038.00000 | TELLER 3216 | |
| 110817 | E90 | 060116 | -1399.84 | PAYEE = 0038.00000 | TELLER 32687 | |

Comments-1  PRP ASSET, ALL ESCALATIONS TRANSFERRED TO IRVINE LM
Comments-2
Message:  END OF HISTORY                           OK                               BOTTOM

## CERTIFICATE OF SERVICE

   This is to certify that I have served the following parties in this matter with a copy of the within and foregoing by, **unless otherwise noted**, depositing a true and correct copy in the U.S. Mail with sufficient postage affixed thereto and properly addressed as follows:

Melissa J. Davey, Esq.
Standing Chapter 13 Trustee
Via Electronic Notice

Alex J. Dolhancyk, Esq.
Attorney for Debtor
Via Electronic Notice

Mary Adeline Keohane
69 Doe Run Court
Sharpsburg, GA 30277-2403

   This 8th day of October, 2019.

                   /s/ Marc E. Ripps
                   Marc E. Ripps
                   Georgia Bar No. 606515

P. O. Box 923533
Norcross, GA  30010-3533
(770) 448-5377
Email: meratl@aol.com